**Fill in this information to identify the case:**

Debtor name: Cross Country Holdings Partnership, AGP
United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Alon Gilad<br>10718 Delphinium Drive<br>Ventura, CA 93004 | | Loan | | | | $100,000.00 |
| Amit Michaeli Bokser<br>81 Jerusalem Boulevard<br>Ramat Gan, Israel 5252007 | | Loan | | | | $180,000.00 |
| Bahram Madaen, Esquire<br>16787 Beach Boulevard, #777<br>Huntington Beach, CA 92647 | | Legal fees | | | | $10,000.00 |
| Chicago Equities, LLC<br>8484 Wilshire Boulevard, Suite 870<br>Beverly Hills, CA 90211 | | Loans | | | | $160,000.00 |
| Erez Gilad<br>Stematsky 12, Apt. 3<br>Tel Aviv, Israel | | Loan | | | | $50,000.00 |
| Greater Pacific Realty Corp.<br>8484 Wilshire Boulevard, Suite 870<br>Beverly Hills, CA 90211 | | Loans | | | | $50,000.00 |
| Hila Hershberg<br>Yahalom 4, Apt. 4<br>Modiin, Israel | | Loan | | | | $100,000.00 |
| Ilan Shukrala Gilad<br>Bnai Brit 191<br>Elon More, Israel 44833 | | Loan | | | | $50,000.00 |

| Debtor | Cross Country Holdings Partnership, AGP | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Michal Kofman<br>Yehuda Mergoza 27<br>Tel Aviv, Israel | | Loan | | | | $150,000.00 |
| Pacific Holdings Partnership<br>8484 Wilshire Boulevard, #870<br>Beverly Hills, CA 90211 | | Loans | | | | $52,000.00 |
| PHP LTD<br>Zabontinsky 7, Floor 35<br>Ramat Gan, Israel 5252007 | | Commissions owed | | | | $21,489.00 |
| Youval Ziv<br>8484 Wilshire Boulevard, Suite 870<br>Beverly Hills, CA 90211 | | Services rendered | | | | $100,000.00 |