Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Raymond H. Aver
10801 National Boulevard, Suite 100
Los Angeles, CA 90064
(310) 571-3511 Fax: (310) 473-3512
California State Bar Number: 109577 CA
ray@averlaw.com

FOR COURT USE ONLY

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Cross Country Holdings Partnership, AGP,

Debtor(s).

CASE NO.:
CHAPTER: 11

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 7/30/2020

Signature of Debtor 1
PANGAN, LLC, by YOUVAL ZIV, Manager
General Partner

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

Cross Country Holdings Partnership, AGP
5900 Sepulveda Boulevard, Suite 400
Van Nuys, CA 91411


Raymond H. Aver
Law Offices of Raymond H. Aver, A Professional Corporation
10801 National Boulevard, Suite 100
Los Angeles, CA 90064


Alon Gilad
10718 Delphinium Drive
Ventura, CA 93004


Amit Michaeli Bokser
81 Jerusalem Boulevard
Ramat Gan, Israel 5252007


Bahram Madaen, Esquire
16787 Beach Boulevard, #777
Huntington Beach, CA 92647


Chicago Equities, LLC
8484 Wilshire Boulevard, Suite 870
Beverly Hills, CA 90211


Erez Gilad
Stematsky 12, Apt. 3
Tel Aviv, Israel


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Greater Pacific Realty Corp.
8484 Wilshire Boulevard, Suite 870
Beverly Hills, CA 90211


Greenlife Design & Construction,
Inc.
3940 Laurel Canyon Boulevard, #227
Studio City, CA 91604


Hila Hershberg
Yahalom 4, Apt. 4
Modiin, Israel


Ilan Shukrala Gilad
Bnai Brit 191
Elon More, Israel 44833


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
300 North Los Angeles Street
Stop 5027
Los Angeles, CA 90012


Lima One Capital, LLC
c/o Ghidotti Berger
1920 Old Tustin Avenue
Santa Ana, CA 92705


Lima One Capital, LLC
201 East McBee Avenue, Suite 300
Greenville, SC 29601

Michal Kofman
Yehuda Mergoza 27
Tel Aviv, Israel


Mr. Edan S. Cohen
12038 Tiara Street
Valley Village, CA 91607


Pacific Holdings Partnership
8484 Wilshire Boulevard, #870
Beverly Hills, CA 90211


PHP LTD
Zabontinsky 7, Floor 35
Ramat Gan, Israel 5252007


Sophea Interior Design, LLC
18900 Pasadero Drive
Tarzana, CA 91356


Youval Ziv
8484 Wilshire Boulevard, Suite 870
Beverly Hills, CA 90211