## United States Bankruptcy Court
### Central District of California

In re   **Cross Country Holdings Partnership, AGP**
Debtor(s)

Case No.   **1:20-bk-11365-MB**
Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Blue Diamond Investments, LLC**<br>**8484 Wilshire Boulevard, #870**<br>**Beverly Hills, CA 90211** | **General Partner** | | **99%** |
| **Zermat Equities, LLC**<br>**8484 Wilshire Boulevard, #870**<br>**Beverly Hills, CA 90211** | **General Partner** | | **1%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **General Partner** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 31, 2020**

Signature _____
**Pangan, LLC by Youval Ziv, Manager**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**In re Pangan, LLC; U.S. Bankruptcy Court for the Central District of California [Los Angeles Division]; Chapter 7; Case No. 2:19-bk-18609-RK; Date filed: 07/25/2019; Date terminated: 08/28/2019.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**In re Pangan, LLC; U.S. Bankruptcy Court for the Central District of California [Los Angeles Division]; Chapter 7; Case No. 2:19-bk-18609-RK; Date filed: 07/25/2019; Date terminated: 08/28/2019.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**N/A**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Los Angeles**                          , California.

Date:         **August 31, 2020**

**Pangan, LLC by Youval Ziv, Manager**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*          **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cross Country Holdings Partnership, AGP** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **1:20-bk-11365-MB** |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:   Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................................    $    **4,147,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................................................    $    **93.18**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................................................    $    **4,147,093.18**

**Part 2:   Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **2,150,636.68**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **1,252,389.00**

4.  **Total liabilities** ..........................................................................................................................................
    Lines 2 + 3a + 3b    $    **3,403,025.68**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cross Country Holdings Partnership, AGP** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **1:20-bk-11365-MB** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking Account | 0021 | $0.00 |
| 3.2. | Bank of America | Checking Account | 9394 | $93.18 |
| 3.3. | Bank of America | Checking Account | 5709 | $0.00 |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$93.18

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. Does the debtor have any accounts receivable?

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    __Cross Country Holdings Partnership, AGP_____    Case number (If known) __1:20-bk-11365-MB__
             Name

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | Mutual funds or publicly traded stocks not included in Part 1 Name of fund or stock: | | |
| 15. | Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture Name of entity: | % of ownership | |
| 15.1. | **Red Apple Investments, LLC** | **20**  % | **N/A** | **Unknown** |

| 16. | Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1 Describe: | | |
|---|---|---|---|

| 17. | **Total of Part 4.** | **$0.00** |
|---|---|---|

Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

| 55. | Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Cross Country Holdings Partnership, AGP**                              Case number *(if known)*  **1:20-bk-11365-MB**
                Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1130 North Poinsettia Place**<br>**West Hollywood,**<br>**California 90046**<br>**[APN 5531-007-006]** | Fee simple | - | N/A | $4,000,000.00 |
| 55.2.  **524 Ridge Creek Drive**<br>**Clarkston, Georgia 90021**<br>**[APN 18-044-09-052]** | Fee simple | - | N/A | $50,000.00 |
| 55.3.  **3575 Oakvale Road, #809**<br>**Decatur, Georgia 30034**<br>**[APN 15-057-07-083]** | Fee simple | - | N/A | $47,500.00 |
| 55.4.  **3575 Oakvale Road, #810**<br>**Decatur, Georgia 30034**<br>**[APN 15-057-07-084]** | Fee simple | - | N/A | $49,500.00 |

56.    **Total of Part 9.**                                                                          | $4,147,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**
**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**
**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Cross Country Holdings Partnership, AGP** | Case number *(if known)* **1:20-bk-11365-MB** |
|---|---|---|
| | Name | |

|  | | Current value of debtor's interest |
|---|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

| **Lima One Capital, LLC** | | Unknown |
|---|---|---|
| Nature of claim | Breach of Contract | |
| Amount requested | Approx. $1,000,000.00 | |

| **Greenlife Design & Constrution, Inc.** | | Unknown |
|---|---|---|
| Nature of claim | Negligence | |
| Amount requested | Approx. $1,000,000.00 | |

| **Sophea Interior Design, LLC** | | Unknown |
|---|---|---|
| Nature of claim | Negligence, Breach of Contract | |
| Amount requested | Approx. $300,000.00 | |

| 76. | **Trusts, equitable or future interests in property** | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| 78. | **Total of Part 11.** | $0.00 |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Cross Country Holdings Partnership, AGP**                          Case number *(if known)*  **1:20-bk-11365-MB**
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $93.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................................> | | $4,147,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $93.18 | + 91b. $4,147,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,147,093.18 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Cross Country Holdings Partnership, AGP**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **1:20-bk-11365-MB**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim. Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 DeKalb County Tax Commissioner** Creditor's Name **Property Tax Division P.O. Box 100004 Decatur, GA 30031-7004** Creditor's mailing address | Describe debtor's property that is subject to a lien **For Informational Purposes Only** | $0.00 | $0.00 |

Creditor's email address, if known

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2 Lima One Capital, LLC** Creditor's Name **c/o Ghidotti Berger 1920 Old Tustin Avenue Santa Ana, CA 92705** Creditor's mailing address | Describe debtor's property that is subject to a lien **1130 North Poinsettia Place West Hollywood, California 90046 [APN 5531-007-006]** | $2,129,063.65 | $4,000,000.00 |

Creditor's email address, if known

Describe the lien
**Construction loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**November 2017**
Last 4 digits of account number
**5855**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Official Form 206D Schedule D: Creditors Who Have Claims Secured by Property page 1 of 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Debtor | **Cross Country Holdings Partnership, AGP** | Case number (if known) | **1:20-bk-11365-MB** |
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Lima One Capital, LLC**
**2. Los Angeles County Tax Collector**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Los Angeles County Tax Collector** | | $21,573.03 | $4,000,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**1130 North Poinsettia Place**
**West Hollywood, California 90046**
**[APN 5531-007-006]**

**P.O. Box 54110**
**Los Angeles, CA 90054**

Creditor's mailing address

Describe the lien
**Property Tax**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $2,150,636.68

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Lima One Capital, LLC**<br>**201 East McBee Avenue, Suite 300**<br>**Greenville, SC 29601** | Line  **2.2** | |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Cross Country Holdings Partnership, AGP**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **1:20-bk-11365-MB**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |
| | **Franchise Tax Board**<br>**Bankruptcy Unit**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Informational Purposes Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Informational Purposes Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Cross Country Holdings Partnership, AGP** | Case number (if known) | **1:20-bk-11365-MB** |
|---|---|---|---|
| | Name | | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Alon Gilad**
**10718 Delphinium Drive**
**Ventura, CA 93004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180,000.00 |
|---|---|---|---|

**Amit Michaeli Bokser**
**81 Jerusalem Boulevard**
**Ramat Gan, Israel 5252007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Bahram Madaen, Esquire**
**16787 Beach Boulevard, #777**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Legal fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160,000.00 |
|---|---|---|---|

**Chicago Equities, LLC**
**8484 Wilshire Boulevard, Suite 870**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Loans**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Divine Estates Property Management**
**1500 Klondike Road, Suite A108**
**Conyers, GA 30094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For Informational Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Erez Gilad**
**Stematsky 12, Apt. 3**
**Tel Aviv, Israel 6963911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Greater Pacific Realty Corp.**
**8484 Wilshire Boulevard, Suite 870**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 - 2020**

Basis for the claim: **Loans**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cross Country Holdings Partnership, AGP** | Case number (if known) | **1:20-bk-11365-MB** |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Greenlife Design & Construction, Inc.**
3940 Laurel Canyon Boulevard, #227
Studio City, CA 91604

Date(s) debt was incurred __2017/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Contractor services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Hila Hershberg**
Yahalom 4, Apt. 4
Modiin, Israel 7173724

Date(s) debt was incurred __2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loan__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Ilan Shukrala Gilad**
Bnai Brit 191
Elon More, Israel 44833

Date(s) debt was incurred __2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loan__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Limor Amitzur**
c/o Frankel, Rubin, Klein, Siegel,
Payne & Pudlowski, P.C.
231 S. Bemiston Avenue, Suite 1111
Saint Louis, MO 63105

Date(s) debt was incurred __11/14/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Claims arising out of real estate investment__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Michal Kofman**
Yehuda Mergoza 27
Tel Aviv, Israel 6813657

Date(s) debt was incurred __2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loan__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,000.00** |
|---|---|---|---|

**Pacific Holdings Partnership**
8484 Wilshire Boulevard, #870
Beverly Hills, CA 90211

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loans__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,489.00** |
|---|---|---|---|

**PHP LTD**
Zabontinsky 7, Floor 35
Ramat Gan, Israel 5252007

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Commissions owed__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cross Country Holdings Partnership, AGP** | Case number (if known) | **1:20-bk-11365-MB** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158,900.00 |
|---|---|---|---|

**Redwood Investments, LLC**
8484 Wilshire Boulevard, #870
Beverly Hills, CA 90211

Date(s) debt was incurred **Approx. 7/2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loans**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Saratoga Lake Condo Association**
c/o The Morgan Law Group, PC
1755 North Brown Road, #200
Lawrenceville, GA 30043

Date(s) debt was incurred _____

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Informational Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sophea Interior Design, LLC**
18900 Pasadero Drive
Tarzana, CA 91356

Date(s) debt was incurred **May 2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Interior design services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Youval Ziv**
8484 Wilshire Boulevard, Suite 870
Beverly Hills, CA 90211

Date(s) debt was incurred **12/2017 - Present**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Edan S. Cohen**<br>12038 Tiara Street<br>Valley Village, CA 91607 | Line **3.8**<br><br>☐ Not listed. Explain ____ | --- |
| 4.2 | **Internal Revenue Service**<br>300 North Los Angeles Street<br>Stop 5027<br>Los Angeles, CA 90012 | Line **2.2**<br><br>☐ Not listed. Explain ____ | -- |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,252,389.00 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 1,252,389.00 |

---

Case 1:20-bk-11365-MB    Doc 16    Filed 08/31/20    Entered 08/31/20 17:11:37    Desc
Main Document    Page 15 of 28

Fill in this information to identify the case:

Debtor name    **Cross Country Holdings Partnership, AGP**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **1:20-bk-11365-MB**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.2    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.3    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.4    State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name **Cross Country Holdings Partnership, AGP**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **1:20-bk-11365-MB**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

Column 1: Codebtor | | Column 2: Creditor | 

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | Blue Diamond Investments, LLC | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | Alon Gilad | ☐ D _____ ■ E/F 3.1 ☐ G _____ |
| 2.2 | Blue Diamond Investments, LLC | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | Amit Michaeli Bokser | ☐ D _____ ■ E/F 3.2 ☐ G _____ |
| 2.3 | Blue Diamond Investments, LLC | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | Bahram Madaen, Esquire | ☐ D _____ ■ E/F 3.3 ☐ G _____ |
| 2.4 | Blue Diamond Investments, LLC | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | Chicago Equities, LLC | ☐ D _____ ■ E/F 3.4 ☐ G _____ |
| 2.5 | Blue Diamond Investments, LLC | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | Erez Gilad | ☐ D _____ ■ E/F 3.5 ☐ G _____ |

| Debtor | **Cross Country Holdings Partnership, AGP** | Case number *(if known)* | **1:20-bk-11365-MB** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                   *Column 2:* **Creditor**

| 2.6 | **Blue Diamond Investments, LLC** | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | **Franchise Tax Board** | ☐ D ____ <br> ☑ E/F   **2.1** <br> ☐ G ____ |
| 2.7 | **Blue Diamond Investments, LLC** | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | **Greater Pacific Realty Corp.** | ☐ D ____ <br> ☑ E/F   **3.6** <br> ☐ G ____ |
| 2.8 | **Blue Diamond Investments, LLC** | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | **Greenlife Design & Construction,** | ☐ D ____ <br> ☑ E/F   **3.7** <br> ☐ G ____ |
| 2.9 | **Blue Diamond Investments, LLC** | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | **Hila Hershberg** | ☐ D ____ <br> ☑ E/F   **3.8** <br> ☐ G ____ |
| 2.10 | **Blue Diamond Investments, LLC** | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | **Ilan Shukrala Gilad** | ☐ D ____ <br> ☑ E/F   **3.9** <br> ☐ G ____ |
| 2.11 | **Blue Diamond Investments, LLC** | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | **Internal Revenue Service** | ☐ D ____ <br> ☑ E/F   **2.2** <br> ☐ G ____ |
| 2.12 | **Blue Diamond Investments, LLC** | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | **Lima One Capital, LLC** | ☑ D   **2.1** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.13 | **Blue Diamond Investments, LLC** | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | **Michal Kofman** | ☐ D ____ <br> ☑ E/F   **3.10** <br> ☐ G ____ |

Debtor    **Cross Country Holdings Partnership, AGP**                     Case number *(if known)*    **1:20-bk-11365-MB**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* Codebtor                                            *Column 2:* Creditor

| | | | |
|---|---|---|---|
| 2.14 | **Blue Diamond Investments, LLC** | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | **Pacific Holdings Partnership** |

☐ D _____
■ E/F    **3.11**
☐ G _____

| | | | |
|---|---|---|---|
| 2.15 | **Blue Diamond Investments, LLC** | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | **PHP LTD** |

☐ D _____
■ E/F    **3.12**
☐ G _____

| | | | |
|---|---|---|---|
| 2.16 | **Blue Diamond Investments, LLC** | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | **Redwood Investments, LLC** |

☐ D _____
■ E/F    **3.13**
☐ G _____

| | | | |
|---|---|---|---|
| 2.17 | **Blue Diamond Investments, LLC** | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | **Sophea Interior Design, LLC** |

☐ D _____
■ E/F    **3.14**
☐ G _____

| | | | |
|---|---|---|---|
| 2.18 | **Blue Diamond Investments, LLC** | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | **Youval Ziv** |

☐ D _____
■ E/F    **3.15**
☐ G _____

| | | | |
|---|---|---|---|
| 2.19 | **Zermat Equities, LLC** | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | **Alon Gilad** |

☐ D _____
■ E/F    **3.1**
☐ G _____

| | | | |
|---|---|---|---|
| 2.20 | **Zermat Equities, LLC** | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | **Amit Michaeli Bokser** |

☐ D _____
■ E/F    **3.2**
☐ G _____

| | | | |
|---|---|---|---|
| 2.21 | **Zermat Equities, LLC** | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | **Bahram Madaen, Esquire** |

☐ D _____
■ E/F    **3.3**
☐ G _____

Debtor    **Cross Country Holdings Partnership, AGP**    Case number *(if known)*    **1:20-bk-11365-MB**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
*Column 1:* Codebtor    *Column 2:* Creditor

| | | | | |
|---|---|---|---|---|
| 2.22 | Zermat Equities, LLC | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | Chicago Equities, LLC | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.23 | Zermat Equities, LLC | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | Erez Gilad | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.24 | Zermat Equities, LLC | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | Franchise Tax Board | ☐ D _____ ■ E/F __2.1__ ☐ G _____ |
| 2.25 | Zermat Equities, LLC | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | Greater Pacific Realty Corp. | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.26 | Zermat Equities, LLC | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | Greenlife Design & Construction, | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.27 | Zermat Equities, LLC | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | Hila Hershberg | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.28 | Zermat Equities, LLC | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | Ilan Shukrala Gilad | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.29 | Zermat Equities, LLC | 8484 Wilshire Boulevard, #870 Beverly Hills, CA 90211 | Internal Revenue Service | ☐ D _____ ■ E/F __2.2__ ☐ G _____ |

Debtor    **Cross Country Holdings Partnership, AGP**                    Case number *(if known)*    **1:20-bk-11365-MB**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                        *Column 2: Creditor*

| | | | |
|---|---|---|---|
| 2.30 | **Zermat Equities, LLC** | 8484 Wilshire Boulevard, #870<br>Beverly Hills, CA 90211 | **Lima One Capital, LLC** |

■ D    2.1
☐ E/F _____
☐ G _____

| 2.31 | **Zermat Equities, LLC** | 8484 Wilshire Boulevard, #870<br>Beverly Hills, CA 90211 | **Michal Kofman** |

☐ D _____
■ E/F    3.10
☐ G _____

| 2.32 | **Zermat Equities, LLC** | 8484 Wilshire Boulevard, #870<br>Beverly Hills, CA 90211 | **Pacific Holdings Partnership** |

☐ D _____
■ E/F    3.11
☐ G _____

| 2.33 | **Zermat Equities, LLC** | 8484 Wilshire Boulevard, #870<br>Beverly Hills, CA 90211 | **PHP LTD** |

☐ D _____
■ E/F    3.12
☐ G _____

| 2.34 | **Zermat Equities, LLC** | 8484 Wilshire Boulevard, #870<br>Beverly Hills, CA 90211 | **Redwood Investments, LLC** |

☐ D _____
■ E/F    3.13
☐ G _____

| 2.35 | **Zermat Equities, LLC** | 8484 Wilshire Boulevard, #870<br>Beverly Hills, CA 90211 | **Sophea Interior Design, LLC** |

☐ D _____
■ E/F    3.14
☐ G _____

| 2.36 | **Zermat Equities, LLC** | 8484 Wilshire Boulevard, #870<br>Beverly Hills, CA 90211 | **Youval Ziv** |

☐ D _____
■ E/F    3.15
☐ G _____

**Fill in this information to identify the case:**

Debtor name    **Cross Country Holdings Partnership, AGP**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **1:20-bk-11365-MB**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 31, 2020**        X  _____
                                            Signature of individual signing on behalf of debtor

                                            **Pangan, LLC by Youval Ziv, Manager**
                                            Printed name

                                            **General Partner**
                                            Position or relationship to debtor

Official Form 202                  Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Cross Country Holdings Partnership, AGP**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **1:20-bk-11365-MB**

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | *Debtor is currently in the process of hiring a Certified Public Accountant to prepare its 2018 and 2019 Partnership Income tax returns. The delay in filing Debtor's tax returns was due to errors made by its in-house accounting department. | ☐ Operating a business | |
   | | ☐ Other | |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

Debtor   **Cross Country Holdings Partnership, AGP**                    Case number *(if known)*   **1:20-bk-11365-MB**

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount
   may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
   listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
   debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
   a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
   of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
   debt.

   ☑ None

   | Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
   |---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
   in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
   |---|---|---|---|---|
   | 7.1. | **Limor Amitzur v Youval Ziv, et<br>al.***<br>**1922-CC12001** | **Claims arising out<br>of real estate<br>investment**<br><br>**\*Debtor is a<br>nominal<br>defendant** | **Missouri Courts<br>Civil Courts Building<br>10 N. Tucker Boulevard<br>Saint Louis, MO 63101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.2. | **City of Calabasas v. Cross<br>Country Holdings, et al.<br>SC128391** | **Other Real<br>Property (not<br>eminent domain,<br>landlord/tenant,<br>foreclosure)<br>(General<br>Jurisdiction)** | **Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
   receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

Debtor  **Cross Country Holdings Partnership, AGP**                     Case number *(if known)*  **1:20-bk-11365-MB**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **12 unit fire** <br> **661 Sherwood Drive** <br> **Jonesboro, GA 30236** | **N/A** | **10/31/2018** | **$1,000,000.00** |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? <br> Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Raymond H. Aver** <br> **A Professional Corporation** <br> **10801 National Boulevard, Suite 100** <br> **Los Angeles, CA 90064** | | **7/27/2020** | **$2,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor  **Cross Country Holdings Partnership, AGP**                Case number *(if known)*  **1:20-bk-11365-MB**

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  6300 Wilshire Boulevard, Suite 970 Los Angeles, CA 90048 | **Approximatey 2012 - 2017** |

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Cross Country Holdings Partnership, AGP**                          Case number *(if known)*  **1:20-bk-11365-MB**

---

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### 24. Has the debtor notified any governmental unit of any release of hazardous material?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

### 25. Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

Debtor   **Cross Country Holdings Partnership, AGP**                   Case number *(if known)*   **1:20-bk-11365-MB**

Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Name and address

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Blue Diamond Investments,<br>LLC** | **8484 Wilshire Boulevard, #870<br>Beverly Hills, CA 90211** | **General Partner** | **99%** |

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Zermat Equities, LLC** | **8484 Wilshire Boulevard, #870<br>Beverly Hills, CA 90211** | **General Partner** | **1%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | **Cross Country Holdings Partnership, AGP** | Case number (if known) | **1:20-bk-11365-MB** |
| --- | --- | --- | --- |

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8 · 3 1. 2020

| Signature of individual signing on behalf of the debtor | **Pangan, LLC by Youval Ziv, Manager** |
| --- | --- |
| | Printed name |

Position or relationship to debtor   **General Partner**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes